IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUDLEY DIXON**                                                                              **PLAINTIFF**

v.                              CASE NO. 4:20-CV-00481-BSM

**K & U PROPERTIES, INC. d/b/a**                                                   **DEFENDANTS**
**HOLIDAY INN EXPRESS AND SUITES;**
**and BEMIS MANUFACTURING COMPANY,**
**d/b/a CHURCH**

## ORDER

The joint motion to dismiss [Doc. No. 50] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE