IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUDLEY DIXON**                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 4:20-CV-00481-BSM**

**K & U PROPERTIES, INC. d/b/a**                                    **DEFENDANTS**
**HOLIDAY INN EXPRESS AND SUITES;**
**and BEMIS MANUFACTURING COMPANY,**
**d/b/a CHURCH**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The

parties will bear their own attorney's fees and costs.

IT IS SO ORDERED this 26th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE